```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ELPIDIO RUVALCABA-NAVARRO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-09-498 FCD |
| --- | --- | --- |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| ELPIDIO RUVALCABA-NAVARRO, | ) | Date: May 3, 2010 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and ELIPDIO RUVALCABA-NAVARRO, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for April 26, 2010, be vacated and a new status conference hearing date of May 3, 2010, at 10:00 a.m., be set.

This continuance is being requested because defense counsel just received the pre-plea report and needs additional time to review it with Mr. Ruvalcaba-Navarro.

/ / /

/ / /

1    IT IS FURTHER STIPULATED that the period from April 26, 2010,
2 through and including May 3, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

6 Dated: April 23, 2010                Respectfully submitted,

7                                      DANIEL J. BRODERICK
                                       Federal Defender
8
                                       */s/ Matthew C. Bockmon*
9                                      _____
                                       MATTHEW C. BOCKMON
10                                     Assistant Federal Defender
                                       Attorney for Defendant
11                                     ELPIDIO RUVALCABA-NAVARRO

12

13 Dated: April 23, 2010                BENJAMIN B. WAGNER
                                       United States Attorney
14
                                       */s/ Matthew C. Bockmon for*
15                                     _____
                                       MICHAEL D. ANDERSON
16                                     Assistant U.S. Attorney

17

18
                              **O R D E R**
19

20 IT IS SO ORDERED.

21 Dated: April 23, 2010

22

23                                     _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE
24

25

26

27

28

Stip & Order                    2